IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GINGER L. COLE; STEPHANIE, HOWARD; AND THE ESTATE OF ALFRED J. COLE, JR., DECEASED, AND HEIRS OF THE ESTATE OF ALFRED J. COLE, JR., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | CASE NO. 3:19-cv-1481-G-BN |
| SELECT PORTFOLIO SERVICING, INC. AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The plaintiff filed a motion that she styled as a Rule 60(b) motion for relief from judgment. Because there was no judgment entered at that time, and because the motion was in substance objecting to the Magistrate Judge's findings, conclusions, and recommendation, the court construed plaintiff's motion as objections. The District Court reviewed *de novo* those portions of the

proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

     **SO ORDERED.**

November 13, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**